UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **RAYMOND DONNELLY, O'TARA JOHNSON, AND DANTE WILLIAMS** §§§<br>*Plaintiffs*, §<br>v. §<br>§<br>**ACADEMIC PARTNERSHIPS, LLC,** §<br>*Defendant*. § | Civil Action No. 3:20-cv-1106 |

## APPENDIX OF EXHIBITS TO DEFENDANT'S MOTION TO OVERRULE/STRIKE PLAINTIFF DONNELLY'S DISCOVERY OBJECTIONS, MOTION TO COMPEL PLAINTIFF DONNELLY'S DISCOVERY RESPONSES, AND AWARD ATTORNEYS' FEES AND BRIEF IN SUPPORT

Defendant Academic Partnerships, LLC ("AP") files this Appendix of Exhibits to Defendant's Motion to Overrule/Strike Plaintiff Donnelly's Discovery Objections, Motion to Compel Plaintiff Raymond Donnelly's Discovery Responses, and Award Attorneys' Fees and Brief in Support, as follows:

| **Exhibit No.** | **Document Description** | **Appendix No.** |
|---|---|---|
| A | Plaintiffs' Initial Disclosures | 1-6 |
| B | AP's counsel's August 18, 2020 letter to Plaintiffs' counsel regarding Initial Disclosures deficiency | 7 |
| C | November 23, 2020 transmittal letter and AP's discovery requests to Plaintiff Raymond Donnelly | 8-51 |
| D | December 21, 2020 e-mail exchange with Plaintiffs' counsel regarding request for 30-day discovery response extension | 52-54 |
| E | January 22, 20221 e-mail exchange with Plaintiffs' counsel regarding request for a second discovery response extension | 55-61 |
| F | Plaintiff Raymond Donnelly's Response to Defendant's First Set of Interrogatories | 62-75 |

| | | |
|---|---|---|
| G | Plaintiff Raymond Donnelly's Response to Defendant's First Requests for Production | 76-114 |
| H | April 27, 2021 discovery deficiency letter to Plaintiffs' counsel | 115-133 |

Respectfully submitted,

*/s/ Amanda A. Williams*
Jordan W. Cowman
Texas Bar No. 04932800
Email:  cowmanj@gtlaw.com
Alicia Sienne Voltmer
Texas Bar No. 00797605
Email:  voltmer@gtlaw.com
Amanda A. Williams
Texas Bar No. 24065281
Email:  williamsam@gtlaw.com

**GREENBERG TRAURIG, LLP**
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile:  (214) 665.3601

**ATTORNEYS FOR DEFENDANT ACADEMIC PARTNERSHIPS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2021, a true and correct copy of the foregoing document was electronically filed with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to Plaintiffs' counsel of record:

>David W. Henderson—dhenderson@equalrights.com
>Jay Ellwanger—jellwanger@equalrights.law
>Esha Rajendran—erajendran@equalrights.law
>ELLWANGER LAW LLP
>400 S. Zang Blvd., Suite 105
>Dallas, Texas 75208

>*/s/ Amanda A. Williams*
>**AMANDA A. WILLIAMS**