UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAYMOND DONNELLY, O'TARA JOHNSON, and DANTE WILLIAMS, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 3:20-CV-01106-X |
| ACADEMIC PARTNERSHIPS LLC, | § § § | |
| *Defendant*. | § | |

# FINAL JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that all by claims by Dante Williams against the defendant in this matter are **DISMISSED WITH PREJUDICE**. All relief not expressly granted is denied. This is a final judgment as to Williams's claims only. By it, the Court does not dismiss the claims of any other plaintiff.

**IT IS SO ORDERED** this 15th day of March, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1