UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RAYMOND DONNELLY, O'TARA JOHNSON, and DANTE WILLIAMS, <br><br> *Plaintiffs,* <br><br> v. <br><br> ACADEMIC PARTNERSHIPS LLC, <br><br> *Defendant.* | Civil Action No. 3:20-CV-1106-X |

# FINAL JUDGMENT

Defendant Academic Partnerships, LLC ("AP") terminated the employment of Plaintiffs Raymond Donnelly and O'Tara Johnson. Donnelly and Johnson sued AP for discrimination, retaliation, and hostile work environment. The Court granted summary judgment for AP on all their claims.

Accordingly, the Court **ORDERS, ADJUDGES,** and **DECREES** that all of Donnelly's and Johnson's claims and causes of action against AP are **DISMISSED WITH PREJUDICE.** Each party shall bear its own fees, and AP shall be awarded costs.[1] All relief not expressly granted is denied. This is a final judgment.

**IT IS SO ORDERED** this 14th day of June, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] FED. R. CIV. PROC. 54(d)(1) ("Unless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party.").

1